**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BOYCE GENE PRICE,** *et al.*, <br><br>     **Plaintiffs,** <br><br>     vs. <br><br>**WYNDHAM VACATION OWNERSHIP, INC.,** *et al.*, <br><br>     **Defendants.** | Case No.: 13-CV-5092 YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

The Court understands that the parties to this action are considering the possibility of consenting to proceed before a magistrate judge. Accordingly, a compliance hearing shall be held on **Friday, March 28, 2014** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a one-page **JOINT STATEMENT** setting forth their request to proceed before a magistrate judge; or (b) a one-page **JOINT STATEMENT** declining to proceed before a magistrate judge. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**