**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Boyce Gene Price and Shawn Murphy, <br><br> Plaintiff(s), <br><br> vs. <br><br> Wyndham Vacation Ownership, Inc. and Does One through Twenty, <br><br> Defendant(s). | Case No.: C- 13-cv-5092-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the parties' representations at the Case Management Conference held on Monday, March 10, 2014, in the above-captioned case, the Court hereby enters the following pretrial schedule:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 11, 2014 at 2:00 p.m. |
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | July 31, 2014 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Must obtain leave |
| NON-EXPERT DISCOVERY CUTOFF: | September 15, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 1, 2014 <br> Rebuttal: August 15, 2014 |
| EXPERT DISCOVERY CUTOFF: | September 15, 2014 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 18, 2014 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, December 19, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, January 9, 2015 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Monday, January 12, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 2, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, December 19, 2014 at 9:01 a.m. is intended to confirm that counsel understand the obligations required under the Pretrial Order and are in the process of timely meeting and conferring as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by April 4, 2014 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, April 11, 2014 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By April 4, 2014, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 14, 2014

*[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE