```
RAND L. STEPHENS, SBN 117229
LAW OFFICES OF RAND L. STEPHENS
1155C Arnold Dr. #278
Martinez, CA  94553-4104
(510)232-9335
Fax: (866) 475-8596
Email: rand@randslaw.com

RICHARD N. KOSS, SBN 251351
LAW OFFICES OF RICHARD N. KOSS
600 Allerton St. #202
Redwood City, CA  94063-1570
(650)722-7046
Fax: (650)592-3871
E-mail: richard@rkosslaw.com
```

Attorneys for Plaintiffs:
BOYCE GENE PRICE and SHAWN MURPHY

```
CARA CHING-SENAHA (SBN 209467)
DAVID T. WANG (SBN 275015)
JACKSON LEWIS P.C.
50 California Street 9th Floor
San Francisco, CA  94111-4615
Telephone     (415) 394-9400
Facsimile:    (415) 394-9401
Email:        ching-senahac@jacksonlewis.com
Email:        david.wang@jacksonlewis.com
```

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOYCE GENE PRICE, an individual, and SHAWN MURPHY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**WYNDHAM VACATION OWNERSHIP, INC., and DOES ONE THROUGH TWENTY, inclusive**,<br><br>Defendants | Case No.: C 13-05092 JD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL PARTIES; [PROPOSED] ORDER**<br><br>Judge:  Hon. James Donato<br><br>Complaint Filed: September 25, 2013<br>Removed:         October 31, 2013<br>Trial Date:      February 2, 2015 |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their designated counsel, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice, as to all parties that have appeared in this action as well as all Doe

1  defendants.  Each party will bear his or its respective costs and fees, in keeping with a
2  confidential settlement agreement and general release executed by the parties on June 13, 2014.
3      The filing of this dismissal with prejudice terminates this action.  *McCall-Bey v.*
4  *Franzen,* 777 F.2d 1178, 1185 (7th Cir. 1985); see also *Garber v. Chicago Mercantile Exch.,*
5  570 F.3d 1361, 1366 (Fed. Cir. 2009) – (action terminated upon filing of signed stipulation of
6  dismissal, regardless of proposed dismissal order attached).

                                    Respectfully submitted,

Dated:  July 1, 2014                LAW OFFICES OF RICHARD N. KOSS

                                    */s/ Richard N. Koss*
                                _____
                                RICHARD N. KOSS, Attorney for Plaintiffs,
                                BOYCE GENE PRICE and SHAWN MURPHY

Dated:  July 1, 2014                JACKSON LEWIS P.C.

                                    */s/ Cara Ching-Senaha*
                                _____
                                Cara Ching-Senaha
                                Attorneys for Defendant
                                WYNDHAM VACATION OWNERSHIP, INC.

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this matter, including all parties and all claims, pursuant to the stipulation of the parties, is hereby dismissed with prejudice.

    THIS CASE IS CLOSED.

Dated:  July 2, 2014

                                _____
                                Hon. JAMES DONATO
                                United States District Judge